UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 6:18-cr-223-Orl-37TBS

ROSE BETH LITZKY

### JOINTLY PROPOSED VOIR DIRE

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, and Karla M. Reyes, Assistant Federal Defender, counsel for Rose Beth Litzky, hereby submit the following proposed voir dire questions:

## **JOINTLY REQUESTED VOIR DIRE NO. 1**

Please state your full name.

What is your occupation? If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed? If so, what type of work does he or she do?

Do you have any children? If so, how old are your children?

What type of work do your children do?

## **JOINTLY REQUESTED VOIR DIRE NO. 2**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## **JOINTLY REQUESTED VOIR DIRE NO. 3**

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, HSI, DEA, IRS, or any state or other federal law enforcement agency?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## **JOINTLY REQUESTED VOIR DIRE NO. 4**

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **JOINTLY REQUESTED VOIR DIRE NO. 5**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges.  Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **JOINTLY REQUESTED VOIR DIRE NO. 6**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## **JOINTLY REQUESTED VOIR DIRE NO. 7**

Has anyone ever been a party or witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding were you involved in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## **JOINTLY REQUESTED VOIR DIRE NO. 8**

Have you ever been a witness to a crime?

Have you ever been a witness to a sex crime?

Do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## **JOINTLY REQUESTED VOIR DIRE NO. 9**

It is anticipated that the evidence in this case will include graphic discussions about sexually explicit conduct involving minor children, graphic images or videos of sexually explicit conduct, and sexual activity between adults and children. Will you be able to set aside any personal feelings about this subject and render a fair and impartial verdict in this case?

Have you, any member of your family or close friends ever been the victim of sexual abuse? Can you set that experience aside and render a fair and impartial verdict in this case?

Have you, any member of your family or close friends ever been accused of sexual abuse or prostitution? Can you set that experience aside and render a fair and impartial verdict in this case?

## DEFENDANT'S REQUESTED VOIR DIRE NO. 10[1]

The evidence in this case will include images and videos of child nudity. Based on your life experiences, would you be able to view the evidence objectively? Would viewing the evidence serve as any type of trigger for you that will affect you psychologically or otherwise? Will you be able to remain impartial and objective in assessing the evidence?

---

[1] The government objects to this question as redundant. It is basically covered by proposed voir dire number 9.

## **DEFENDANT'S REQUESTED VOIR DIRE NO. 11**

Have you ever heard of child pornography? What is the extent of your experience or knowledge of child pornography?

## **DEFENDANT'S REQUESTED VOIR DIRE NO. 12**

Do you have kids?

How old are your kids?

The victims in this case are under the age of 12. Would that affect your objective assessment of the case and/or evidence?

## **JOINTLY REQUESTED VOIR DIRE NO. 13**

Is there anyone who does not use a cellular phone or computer?

Is there anyone who has not used the Internet?

Who among you has engaged in online communication with others using a computer or cellullar phone?

How many of you have sent email communications using a computer or cellular phone?

How many of you have sent text messages using a cellullar phone?

Who among you has used a social media website such as Facebook?

Who among you has used the social media website known as ooVoo?

## **DEFENDANT'S REQUESTED VOIR DIRE NO. 14[2]**

How often are you on your phone? While a juror on the case, you cannot access your phone to do any research of any kind or access the internet. You will be allowed access to contact loved ones during breaks and recesses. Does that concern you? Would you be able to be away from your phone for long periods of time? Will not having your phone affect your concentration in any way? Have you ever used any social media applications? If so, which ones? Have you ever heard or used ooVoo before? If so, what has been your experience? Do you understand how cellular phones work? The technology behind deleted photographs and/or videos? There will be expert testimony in this case regarding the cellular phones. Would you listen to the experts and give them whatever weight you believe their testimony deserves or will you supplant your knowledge?

---

[2] The government objects to these questions as redundant and unnecessary. The use of the cellular phone and ooVoo are already covered by the previous question. The questions regarding their specific knowledge of technology are unnecessary, as the answers will do not provide any information regarding possible juror bias. Additionally, the jurors will receive an instruction regarding expert testimony. They will also be instructed that they must make their decision only on the basis of the testimony and other evidence presented here during the trial; and that they must not be influenced in any way by either sympathy or prejudice for or against the Defendant or the Government. As such, the questions and statement regarding expert testimony are unnecessary.

## **DEFENDANT'S REQUESTED VOIR DIRE NO. 15**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney


By: *s/Ilianys Rivera Miranda*
    ILIANYS RIVERA MIRANDA
    Assistant United States Attorney
    USA No. 150
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:  ilianys.rivera@usdoj.gov


DONNA LEE ELM
Federal Defender


By: *s/Karla M. Reyes*
    KARLA M. REYES
    Assistant Federal Defender
    Florida Bar No.0072652
    201 S. Orange Avenue, Suite 300
    Orlando, Florida 32801
    Telephone: 407-648-6338
    Fax:         407-648-6095
    E-mail:    karla_reyes@fd.org

U.S. v. ROSE BETH LITZKY　　　　Case No. 6:18-cr-223-Orl-37TBS

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

　　Karla M. Reyes
　　Assistant Federal Defender

　　　　　　　　　　　　　　　　　　*s/Ilianys Rivera Miranda*
　　　　　　　　　　　　　　　　　　ILIANYS RIVERA MIRANDA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　USA No. 150
　　　　　　　　　　　　　　　　　　400 W. Washington Street, Suite 3100
　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　Telephone:　(407) 648-7500
　　　　　　　　　　　　　　　　　　Facsimile:　(407) 648-7643
　　　　　　　　　　　　　　　　　　E-mail:　　ilianys.rivera@usdoj.gov