# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                        Case No. 6:18-cr-223-Orl-37TBS

**ROSE BETH LITZKY,**

    **Defendant.**

_____ /

## DEFENDANT'S WITNESS LIST

Defendant Rose Beth Litzky, through her undersigned attorney, respectfully submits the list of witnesses to be called in the trial of this matter scheduled for July 23, 2019:

1. Richard Connor
2. Helen Hitchcock
3. Leonard Litzky
4. Dayma Nieblas

Defense counsel reserves the right to call the following government witnesses whom the defense has properly subpoenaed: Robert O'Quendo, Aja Stake, Francis Dufresne and Michael Spadafora.

I hereby certify that undersigned electronically filed the foregoing *Defendant's Witness List* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to Ilianys Rivera Miranda, Assistant United States

Attorney, this the 16th day of July, 2019.

                Respectfully submitted,

                DONNA LEE ELM
                FEDERAL DEFENDER

                *s/Karla M. Reyes*
                Karla M. Reyes
                Assistant Federal Defender
                Florida Bar No.0072652
                201 S. Orange Avenue, Suite 300
                Orlando, FL 32801
                Telephone: 407-648-6338
                Fax: 407-648-6095
                E-Mail: karla_reyes@fd.org