UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 6:18-cr-223-Orl-37TBS

ROSE BETH LITZKY

## GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses that may be called in the government's case-in-chief:

1. Jorge Lopez
2. Cynthia Young
3. Stephem Malham
4. Troy Deavers
5. Maria Anna Bonwell
6. Francis Dufresne
7. Roberto Oquendo
8. Aja Stake
9. Tennille Warren Phillips
10. Michael Spadafora
11. Nancy Raymundo

12. Leonard Litzky

13. Helen Hitchcock

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By:   */s/ Ilianys Rivera Miranda*
      ILIANYS RIVERA MIRANDA
      Assistant United States Attorney
      USA No. 150
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 648-7643
      E-mail: Ilianys.Rivera@usdoj.gov

**U.S. v. ROSE BETH LITZKY**   Case No. 6:18-cr-223-Orl-37TBS

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karla M. Reyes
Assistant Federal Defender

*/s/ Ilianys Rivera Miranda*
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
USA No. 150
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:        Ilianys.Rivera@usdoj.gov