UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| UNITED STATES OF AMERICA, | | Case No. 6:18-cr-223-Orl-37TBS |
| --- | --- | --- |
| Plaintiff, | ☐ | |
| Government | ☒ | ☐ Evidentiary |
| | | ☒ Trial |
| | | ☐ Other |
| v. | | |
| ROSE BETH LITZKY | | |
| Defendant | ☐ | |

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | Photos of Roberto Oquendo's black computer bag retrieved from 303 Palmetto Ave. (Bonwell's residence) |
| 2. | | | | | Oquendo's black computer bag retrieved from 303 Palmetto Ave. (Bonwell's residence) |
| 3. | | | | | LG H634 cellular phone (TD-01), retrieved from the black computer bag |
| 4. | | | | | Motorola Moto G XT1031 cellular phone (TD-03) retrieved from the black computer bag |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 5. | | | | | Photo of child victims |
| 6. | | | | | Moto G XT1031 (TD-03) text messages between Oquendo and Rose Beth Litzky |
| 7. | | | | | ooVoo chats between Litzky and Roberto Oquendo, retrieved from Moto G XT1031 (TD-03) |
| 8. | | | | | ooVoo images (Count One), retrieved from Moto G XT1031 (TD-03) |
| 9. | | | | | Motorola XT 1527 (TD-05) text messages between Oquendo and Litzky |
| 10. | | | | | ZTE Z988 (AS-1) text messages between Oquendo and Litzky |
| 11. | | | | | LG H634 (TD-01) text messages between Oquendo and Litzky |
| 12. | | | | | Litzky's iPhone text messages between Oquendo and Litzky |
| 13. | | | | | Litzky's iPhone image (Counts Two and Four) |
| 14. | | | | | Litzky's iPhone video (Counts Two and Four) |
| 15. | | | | | Selfie-style image of Litzky holding child victim, retrieved from LG H634 (TD-01) |
| 16. | | | | | Litzky's interview, dated September 15, 2016 |
| 17. | | | | | Transcript of Litzky's Interview, dated September |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 15, 2016 |
| 18. | | | | | Litzky's interview, dated February 3, 2017 |
| 19. | | | | | Transcript of Litzky's interview, dated February 3, 2017 |
| 20. | | | | | Litzky's iPhone |
| 21. | | | | | iPhone custody receipt form, signed by Litzky |
| 22. | | | | | Photos of Litzky's residence in Palm Bay, Brevard County, Florida |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |