UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                    CASE NO. 6:18-cr-223-Orl-37TBS

ROSE BETH LITZKY

## NOTICE OF FILING EXHIBITS

The United States hereby files Exhibit 1 and Exhibit 2 to its Motion in Limine and Request for Hearing filed at Doc. 130.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Ilianys Rivera Miranda*
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
USA No. 150
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      Ilianys.Rivera@usdoj.gov

2

**U.S. v. ROSE BETH LITZKY        Case No. 6:18-cr-223-Orl-37TBS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karla M. Reyes
Assistant Federal Defender

*/s/ Ilianys Rivera Miranda*
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
USA No. 150
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       Ilianys.Rivera@usdoj.gov

2