UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:18-cr-223-Orl-37TBS

ROSE BETH LITZKY

_____

## VERDICT

1. **Count One of the Indictment**

   As to the offense of conspiracy to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   We, the Jury, find the defendant, ROSE BETH LITZKY:

   Guilty ___✓___     Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   We, the Jury, find the defendant, ROSE BETH LITZKY:

   Guilty ___✓___     Not Guilty _____

3. **Count Four of the Indictment**

As to the offense of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2),

We, the Jury, find the defendant, ROSE BETH LITZKY:

Guilty ____✓____     Not Guilty _____

If you check Guilty, you MUST indicate whether the image of child pornography depicted in the Government's Exhibit 12 involved a visual depiction of a prepubescent minor or a minor who had not attained 12 years of age.

Yes ____✓____     No _____

SO SAY WE ALL, this 29 day of July, 2019.

_____
FOREPERSON