**UNITED STATES OF AMERICA**

**VS.**

**ROSE BETH LITZKY**

Case No: 6:18-cr-233-Orl-37TBS

---

A. **Letter from Ms. Rose Litzky to Adoptive Parents (not mailed; up to AUSA and Court's discretion)**

B. **Letter from Ms. Rose Litzky to K.O. and E.L. (not mailed; up to AUSA and Court's discretion)**

C. **Letters of Support**

   *Family and Friends*

   Rosa Martin, *Family Friend*. ............................................................................. C-1
   Leonard Litzky, *Father* ...................................................................................... C-2
   Helen Hitchcock, *Mother* ................................................................................... C-3
   Jason Dansbury, *Fiancée*. ................................................................................. C-4
   Fernando Tiago, *Uncle*. ..................................................................................... C-5
   Shaun McFadden, *Friend/Neighbor*. ................................................................. C-6

   *Community Support*

   Karen Burroughs, *INSIDE OUT Jail Ministries Team*. ....................................... C-7
   Juelie Perry, *TLC Preschool owner*. ................................................................. C-8

D. **Certificates of Completion**
   *Lives Changing from the Inside Out* Course. ..................................................... D-1
   ISO 2- Employment. ............................................................................................ D-2

E. **Publication from *American Psychiatric Association* (Intellectual Disability)**

F. **Psychological Report from Dr. Rappa (copy provided to Probation Office)**

DONNA LEE ELM
FEDERAL DEFENDER

*s/ Karla M. Reyes*
Karla M. Reyes
Assistant Federal Defender

12-9-19

To Adopt Pernet

I Rose Litzky Like to tell you and thank you Forgiving my 2 Girls a love and warm home Im Thankful For the help you are giving my Girls Im so sorry For everthing I Feel very sad I wish I could have Protect my babies good and keep him away IF I knew he was doing im sorry. Please tell the girls that mommy Loves them

Rose Litzky

B

Dear Baby Bear Emily and Big sister Bear Katie

I want you both to know mommy loves and miss you very very much and im sorry i cant be with you girls right now hopeful one day we can see together again so Be good girls and Listen to miss Wendy She is a good Person. teach toghter everything best sisters and know Im sorry Im sad and cryed on October 12th when your birthday Katie and I cryed for Emily's Birthday too. girls I miss and Love you very very very much.


Love mommy bear




Rosa Martin
1455 90th Ave Lot # 52
Vero Beach, FL 32966

November 20, 2019

Dear Judge Dalton,

My name is Rosa Martin I currently reside in Vero Beach, Florida and have been at same address for the past 30 years. I was a night auditor for 10 years, Certified Nursing Assistant (CNA) for 23 years and I was a postal employee. I have been retired as a CNA since 2015.

I am writing this on behalf of Rose Litzky whom I understood is facing very serious charges.

I met Rose and her family in about 1990. They relocated from Connecticut/New York to Vero Beach and had no place to live. My brother and her father Lenny were co-workers in N.Y. and longtime friends. My brother asked me if I could please let them stay at my house until Lenny could find a place to live. They stayed at my house for ten months. I cooked and fed them. After they moved out, we kept in touch because Lenny and my brother were like brothers. We would have them over for barbecues, dinners, and holidays. When I purchased some property and had goats and potbelly pigs, Lenny would bring the girls over to play and feed the animals. Rose was always a good girl and followed instructions. I used to take Rose shopping for clothes, sometimes I'd give her clothes. I even sewed her clothes. The last time I saw Rose was for Mother's Day last year 2018. She came over to my house with her fiancée Jason. She brought me a bouquet of roses for being the mother to her that she never had.

In reference to her dad Lenny, I cannot say he was the best parent because he lacked the will to be in charge. His oldest daughter Frances kind of ran the house. Whatever she wanted she got, no matter how bad she was. Lenny would call me to attend the school meetings when he would be called in to meet with Frances' teachers. I remember going so often to the school, they knew me by name. She did not care for Rose and when she wanted the house to herself, she would throw them out of the house and they would come over to my place. Through the years, I saw how the sisters treated Rose and it made me feel so sorry for Rose. I even attended Stacy's wedding (the younger sister) and Rose was not invited.

When Rose became a mother, Rose was always good with her girls and took them with her when she could otherwise her dad would take care of them. I had never seen Rose mistreat her daughters. She always aimed to please them equally. I met the children's father Roberto maybe 2-3 times when I asked him to help at my property. I really did not care for him. He was not rude to me but it was just something about him that did not strike me right. There was something about him that I did not trust.

I understand how serious this case is and I am very concerned how this has affected Katie and Emily. However, I beg for mercy and leniency for Rose. In the 29 years that I have known Rose and in the time that I saw her with her kids, I saw the love she had for her children. I cannot wrap my head around her being involved in this. I would not be surprised that she was manipulated by Roberto since she was easily manipulated by her father.

I would appreciate any thing you can do to make life for Rose a better one than she had. After Rose started dating Jason it was the happiest I have ever seen her. Please have mercy for Rose.

Sincerely,

*Rosa Martin*

Rosa Martin

Dear Judge Dalton,

My name is Leonard Litzky, I am the father of Rose Litzky. I currently on disability and under a lot of medication. I recently suffered a heart attack and had a stent placed in my heart.

Rose is the middle child of my three daughters. Since she was a child she has had disabilities and limitations in school. She has been receiving SSI since the age of 5 in 1991. I have been her payee since then. She was always in special ed classes. She is always in need of extra help. I remember receiving home visits from teachers.

Her mother and I separated when the girls were young. The girls were ages 5, 7, and 10 years old. It was very difficult for me as a single father of three girls. At the time we were living in Connecticut and I was working as a heavy equipment operator. About six months after I moved with my three girls to Florida. I remember people having to help me with the girls like my Rosa Martin.

When I moved to Florida I became a bus driver for the River County School board. I recall going to many IEP meetings for Rose. I remember her teacher Ms. Davis and her being very involved with Rose. I always worried about Rose because she was very vulnerable and did not have good judgement. My biggest worry with her was with boys. I was always worried that she would be taken advantage of. She was raped when she was very young, about 12 years old by three boys. Rose had told a neighbor and the neighbor then told me. I immediately called the police. The police did not do anything because the boys were handicap, that is what I was told.

When I first learned of these charges, I have a nervous breakdown. I had to be taken to the hospital. I could not believe my daughter was part of anything like that. She loved her girls too much. I am very sick right now. I go to doctor's appointments 2 a week. I remember Rose being the only one of my 3 girls that took care of me. She would cook for me and make sure that I took my medicine. The thought that she is facing so many years in prison is killing me, I am scared I will not resist it. I regret not paying attention to her more when growing up.

Truly,

*Leonard Litzky*

Leonard Litzky

11/19/19

Dear Judge Dallton

My name is Helen Hitchcock, I am the mother of Rose Litzky who is going to be sentenced by you.

I am the mother of 5 children, Rose was my second born. I remember her being slow in talking. I learned later on I too had delayed speech. My brother told me that I didn't speak until I was 6 years old.

I separated from my husband after 13 years of marriage. I left my daughter with him. I didn't have a job. After he moved to Florida I lost contact with the girls. I didn't see the girls about 9 years. When I left my husband I was 3 months pregant from another man. This was one of the reasons for my separation.

I paided Leonard child suport until the girls were 18. But for Rose unit she was 30 years old because of her disability.

In 2010 I moved to Florida with my second husband and my 2 sons. From the girls, Rose was the one the was most welcoming. The other girls were not interested on having a relationship with me.

I regret leaving the girls behind, although at

the time it seems like the right decision, today I realize they needed their mother. I wonder if her life would have been different had I been there.

this case is hard and it scared me how she's going to take it, I am scared that she's not going to suvive prison.

I know what she did was wrong, but Rose is not average person, she doesn't know how to handle things.

I beg you, your Honor to give her the lease time possible.

Sincerely

Helen Kitchead

November 18, 2019

Dear Judge Dalton,

I, Jason Dansbury have known Rose Litzky and family since around 2006-2008. We met through a friend and her father while me and her father worked for a friend Ed and Rosa Martinez. Rose and I started dating around 2009- 2010 then we broke up and started dating again in July 2017.

Early on into the relationship, I noticed she had some difficulty with her speech and how she thought. She acted like a big child. Rose told me that everyone told her that she was mentally retarded. Rose couldn't do things like pay her bills, go out by herself or shop alone, handle, or count money. She couldn't read or write in cursive handwriting. Her father was her payee and handled her money.

In 2017, Rose moved in with me and my mother after her father threw her out because of this case. Her father continued to control her money. Rose had a tough childhood. She had two sisters and they disliked her because she was overweight and because she was disabled. She was always told that she couldn't accomplish anything like even driving. Her mother left her father when she was very young to marry another man. Her mother was in and out of her life. When her mother would come around during the time I was with Rose, in front of me she was told by her mother that she was dressed like a hooker or do you have a bra on or panties. She would also tell Rose that she was adopted, that Rose wasn't her child that she did not come out of her body. She told her that she never wanted her to be born. This would hurt Rose a lot. But despite her mother treated her that way Rose would tried so hard to get love from her mother. Rose would constantly do favors for her mother just to get her mother's approval and love like bake rice pudding, banana bread. I would witness her mother yell at her and be verbally and mentally abusive towards Rose.

I met the father of Rose's children a few times as I was working with her father and him. He was a nasty drunk. It seemed to me that she was afraid of him. Rose shared after we started dating again that on at least one occasion he made her have sex with his co-workers. I noticed two cigarette burn marks on her chest area. He would take his belt and threaten to hit her and sometimes hit her. She told me that he had threaten to hurt her dad. During our relationship, Rose would wake up with bad nightmares or crying that he was coming to hurt her.

This situation is all very sad for me because I know Rose and I know that she has been told all her life what to do and on top of that been told that she has never been good enough. The happiest I have seen Rose has been with her daughters, she would be so excited to see them and be with them. This case is all very upsetting and sad.

Your honor I care a lot about Rose and only wish you take her childhood history and her life into account when you sentence her. I know in my heart that had the father of the girls not been in the picture Rose would have never been involved in any of this.

Truly, *Jason S Dansbury*

Jason Dansbury

**C-5**

October 3, 2019

Dear Honorable Judge Dalton:

My name is Fernando M. Tiago and I am Rose Litzky's uncle. Three years ago I retired from the Meriden Public Schools in Meriden, Connecticut, after 24 years of service. I have my Master's Degree in Education from the University of Albany, in Albany, New York. I was the Bilingual Education and English as a Second Language Supervisor for the school district.

Your Honor with your permission, I would like to offer some of my recollections of the Litzky family and specifically Rose Litzky. In the early eighties, Rose and her family lived across the street from me and my family on Charon Street in Bridgeport, CT. I recall my daughter and my nieces, Frances, Rose, and Stacy, playing together in my house. Rose always participated in all games and play activities. During certain games it was difficult for Rose to grasp some of the rules and game strategies. The other girls helped her navigate through the strategies of these games.

Since she uttered sounds, Rose had a speech impediment, which became clearer as she got older. Her comprehension of the spoken word was adequate but reproducing certain sounds and putting phrases together was difficult. There was no doubt that Rose processed information differently from her two siblings. Since I was working in the Bridgeport School System, I recall attending Special Education Meetings with my sister Helen, at Anna Baum Skane School in Bridgeport. The main purpose of these meetings were to discuss the best educational opportunities for Rose. Mrs. Susan Rocha (Case worker and Special Education Specialist) evaluated Rose at Skane School. An Individualized Education Plan (IEP) was recommended for Rose. Since the family moved to Florida, I have had limited contact with my sister's family and have not seen Rose since that time.

With the limited knowledge that I have regarding the unspeakable things that Rose may or may not have done, I would like to express that of what I know from Rose's early childhood. Rose was a sweet girl, very cooperative and a follower. Her lack of confidence in speech and academic abilities did not give the confidence of becoming a leader. I truly believe that she does not possess the ability and capability to conduct such horrendous undertakings on her own, without the guidance and probable enticement of

someone else. Thus, it is with my humble opinion that leniency be granted for Rose, since it is not in her character to conduct herself in such a manner.

As a background of my sister's upbringing, I can offer the following insights: During Helen's early years, my sister also had a speech impediment until she was about 8 years old. Only the immediate family could understand her speech and 'special language.' She was not very successful in school during her elementary years in Portugal. When our family came from Portugal in January of 1967, to join my father, we lived in a very humble apartment in Mamaroneck, NY. Helen attended elementary school in Mamaroneck. Actually she did not like school at all. Not only did she have academic difficulties, but she also had to learn a second language: English. The acquisition of a second became challenging for Helen, since there were certain sounds in the English language which were very difficult for her to reproduce. During the middle school years, Helen became interested in hairdressing and attended the Boards of Cooperative Educational Services (BOCES) program in a nearby district. In high school, she was actually 'bullied' multiple times from other peers because of her speech. She would come home crying multiple times. Helen remained in high school only until she was sixteen years old and never obtained her High School Diploma. Shortly after, through some internal contacts, Helen became employed at Sealectro (an electronic parts factory) in Mamaroneck. There, she met Leonard Litzky and subsequently were married. They had the three girls together. The Litzky's lived in Pelham, NY for a time, moved to Bridgeport, CT (as mentioned before), and then to Sebastian, Florida. It was not until later that Helen received a GED/High School Equivalency Certificate.

Your Honor, as a final comment, I am saddened and in disbelief that my niece has placed herself in such an incomprehensible and challenging situation. I do not wish to minimize any wrong doing on her part. I would just like to highlight that I do not believe that Rose would be able to conduct these charged atrocities on her own. It is with her past intellectual and personal difficulties in mind that I hope that some consideration will be taken into account when deciding a sentence for her. Thank you for the opportunity to write these difficult words on behalf of Rose Litzky.

Respectfully Submitted,

*Fernando M. Tiago*

Fernando M. Tiago
333 Dayton Road, Bridgeport, CT
Phone: (203)371-1134 (H)
Email: ftiago@optonline.net

Dear Judge Dalton,

      My name is Shaun McFadden. I was a neighbor and friend to Rose Litzky. I only knew Rose for a short while, mainly this last year and a half. I was asked to tell you what I knew of Rose. She was a kind gentle person and a loving mother. She was always playing with the girls or cooking. She had things down to an art in the household. She had great support from her mother and father, and everything seemed normal. I had been there day and night, as my job as a business owner I have flexible hours. I even asked Rose if she would like a job as a security officer. She had declined as she wanted the girls to feel safe at night. Now that I have heard what has happened in the past. These are very serious charges that she is facing. I do know that Rose is not like any other woman. She processes information a lot slower than most. There were times that a simple joke would go over her head. It would take a minute or two, but she got it later. I really don't believe that Rose is capable of doing what she did on her own. She is very moldable to any strong mans will. I met Robert once and his tone with her and the girls was sharp, straight to the point, and demanding. She did as she was told. Now I don't know if it was fear or love, but she did everything he said or asked. The serious nature of these charges and the jail time are out of this world. I do believe that her long incarceration would be lost on her because of her slow understanding and nature. She might say she understands but it might take her three or even four times to get a complete understanding of everything that is going on. I ask that you be lenient on her. I ask that you consider being lenient with Rose as she can be a good member to society. Thank you for your time and have a great day.

Sincerely,

Shaun McFadden



**INSIDE OUT**
JAIL MINISTRIES

December 5, 2019

Dear Judge Dalton,

I am writing to you regarding Rose Lltzky.

I am a volunteer with Inside Out Jail Ministries, a 501 (C) 3 non-profit organization, which serves men and women in the Orange County Jail who reach out to us while they are incarcerated. We are a re-entry program available to meet with residents who request assistance in making plans that will support the changes they are seeking. We work with and assist public defenders and social workers as well.

In October, Rose signed up to attend our five-week transition class. There she learned that one of our transition team members could meet with her to talk through a plan. In addition she could have a mentor assigned to her who would meet with her weekly. Rose signed up for all of it. I was the transition team member who sat with her to discuss her situation. My first meeting with Rose was October 25. I have met with her three or four times and her mentor has met with her three or four times as well.

In my first conversation with Rose I realized that she was a very vulnerable and victimized young woman facing a very serious situation. Since then, those first impressions have been validated by both her mentor and the Corrections Officer who oversees Rose's dorm. My concerns have motivated me to bring these observations to your attention for your consideration as you fulfill your responsibilities regarding her future.

- Comments from the Corrections Officer who describes Rose as a "sweetheart."
    - The other inmates prey on her.
    - She is easily manipulated.
    - She offered to clean because I didn't have a trustee (who would normally do the cleaning.) She stays busy cleaning.
    - I keep her by my side.
    - I don't know what she has done, but I would guess she was manipulated into it.
    - She's awesome – not one problem.
- From her mentor
    - Rose really is hungry to learn.
    - She stays away from groups – seems afraid.
    - She is self-conscious about her speech.
    - Her self-esteem is very low.
- My observations
    - She told me she has a hard time saying no. If girls ask her for her commissary she just gives it to them. She wants to learn to stand up for herself.
    - There were a couple of weeks between my visits and when I came back she didn't remember me.
    - I asked her how she was doing. She said she was waiting to go home.
    - I asked her what she thought was happening in her future. She said she wants to go to cooking school.
    - She has a very pleasant personality. I think in spite of everything, she has potential.

Thank you for taking these observations into consideration as you reach your final decision.

Sincerely,
*Karen Burroughs*
Karen Burroughs
Inside Out Jail Ministries Transition Team
Cell: 321-331-7671

**TLC Preschool OF SEBASTIAN INC**
A "Beary" Special Place to Learn
772.589.1335

1899 Barber St. Sebastian, FL 32958
**info@tlcpreschool.com  **www.tlcpreschool.com ** License # CIR190013

November 26, 2019

C-8

To Whom it May Concern,

This letter is in regards to Rose Litzky and my relationship with her and her family. I have known Rose, her father Leonard, her sister Francis since Rose and Francis were in early elementary school years. Over the years Rose and her father would visit me at TLC Preschool when their lives were in turmoil and DCF would be involved. Mr. Litzky worked with me and TLC over the years as he raised Rose. Rose's mental / cognitive limitations made it difficult for her to complete a traditional diploma or attend a college or university. At one point, Rose attempted to take the classes and exams required to work in a preschool and could not pass the coursework despite a 70% benchmark. Rose worked jobs such as housekeeping yet still struggled with daily job requirements.

When Rose had Katie, she enrolled her at TLC Preschool September 2012. At this time Rose, her father and the child's father, Robert were active in Katie's care. During the enrollment period Mr. Litzky and Rose stated that they didn't want Robert to pick Katie up due to trust concerns. I counseled Rose to use local resources for persons with disabilities with the expectation that she may be able to be self-sufficient with support from agencies. Instead, she returned to the relationship with Robert which resulted in the birth of Emily. In 2014 Emily was enrolled with her sister Katie part time. This was to help home as a respite as she tried to find employment. They terminated care April 1st 2016.

September 9, 2016 Friday Rose, Mr. and Mrs. Litzky came to tell me that the children were removed the home for sexual abuse allegation. Dad had taken pictures on phones and shared the pics with friends who called it in. Missy in Brevard DCF is the investigator.

In short, Rose Litzky has demonstrated, over the years, that due to her mental/ cognitive limitations, low self-esteem and lack of trusting relationship, that the need for constant support in daily living skills, fiscal responsibility, and accountability as well as parenting support were extremely evident.

I truly believe placing Rose into a situation that would require problem solving skills, developmentally appropriate social / emotional responses and self- help care would place Rose in a great risk for future harm. If you need further information or clarification, please let me know.

With Much Respect,

*Juelie Perry*

Juelie Perry, M.S.
Owner/Director
TLC Preschool of Sebastian, Inc

**D-1**



**INSIDE OUT**
**JAIL MINISTRIES**

# CERTIFICATE OF COMPLETION

This certificate is awarded to

## ROSE LITZKY

Successfully completed classes learning techniques to overcome obstacles related to transitioning back into the community. This includes learning about available resources and programs, setting goals, and preparing a 24 hour plan.

*"Lives Changing from the Inside Out"*

| | | | |
|---|---|---|---|
| Rev. Tamara L. Fisher | Diana Hill | Cathy McIlroy | 10/31/2019 |
| Inside Out Jail Ministries/Founder | ISOJM– Educational Coordinator | ISOJM –Facilitator | Date |



**D-2**

# CERTIFICATE OF COMPLETION
## ISO 2 - EMPLOYMENT

This certificate is awarded to

### ROSE LITZKY

*Successfully completed employment classes by learning how to prepare for a job search, apply for jobs and create a resume.*

*"Lives Changing from the Inside Out"*

_____  _____  _____  11-19-19
Rev. Tamara L. Fisher          Diana Hill                    Vickie Martin                  Date
Inside Out Jail Ministries/Founder   ISOJM– Educational Coordinator   Christian Help Executive Director

# AMERICAN PSYCHIATRIC ASSOCIATION

# Intellectual Disability

In the upcoming fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5), the diagnosis of intellectual disability (intellectual developmental disorder) is revised from the DSM-IV diagnosis of mental retardation. The significant changes address what the disorder is called, its impact on a person's functioning, and criteria improvements to encourage more comprehensive patient assessment.

The revised disorder also reflects the manual's move away from a multiaxial approach to evaluating conditions. Using DSM-IV, mental retardation was on Axis II to ensure that clinicians identified associated impairments alongside other mental disorders. With DSM-5, all mental disorders will be considered on a single axis and given equal weight.

## Disorder Characteristics

Intellectual disability involves impairments of general mental abilities that impact adaptive functioning in three domains, or areas. These domains determine how well an individual copes with everyday tasks:
- The conceptual domain includes skills in language, reading, writing, math, reasoning, knowledge, and memory.
- The social domain refers to empathy, social judgment, interpersonal communication skills, the ability to make and retain friendships, and similar capacities.
- The practical domain centers on self-management in areas such as personal care, job responsibilities, money management, recreation, and organizing school and work tasks.

While intellectual disability does not have a specific age requirement, an individual's symptoms must begin during the developmental period and are diagnosed based on the severity of deficits in adaptive functioning. The disorder is considered chronic and often co-occurs with other mental conditions like depression, attention-deficit/hyperactivity disorder, and autism spectrum disorder.

## Name Change

Intellectual disability (intellectual developmental disorder) as a DSM-5 diagnostic term replaces "mental retardation" used in previous editions of the manuals. In addition, the parenthetical name "(intellectual developmental disorder)" is included in the text to reflect deficits in cognitive capacity beginning in the developmental period. Together, these revisions bring DSM into alignment with terminology used by the World Health Organization's International Classification of Diseases, other professional disciplines and organizations, such as the American Association on Intellectual and Developmental Disabilities, and the U.S. Department of Education.

## Comprehensive Assessment

DSM-5 emphasizes the need to use both clinical assessment and standardized testing of intelligence when diagnosing intellectual disability, with the severity of impairment based on adaptive functioning rather than IQ test scores alone.  By removing IQ test scores from the diagnostic criteria, but still including them in the text description of intellectual disability, DSM-5 ensures that they are not overem-

phasized as the defining factor of a person's overall ability, without adequately considering functioning levels. This is especially important in forensic cases.

It is important to note that IQ or similar standardized test scores should still be included in an individual's assessment. In DSM-5, intellectual disability is considered to be approximately two standard deviations or more below the population, which equals an IQ score of about 70 or below.

The assessment of intelligence across three domains (conceptual, social, and practical) will ensure that clinicians base their diagnosis on the impact of the deficit in general mental abilities on functioning needed for everyday life. This is especially important in the development of a treatment plan.

The updated criteria will help clinicians develop a fuller, more accurate picture of patients, a critical step in providing them with effective treatment and services.

DSM is the manual used by clinicians and researchers to diagnose and classify mental disorders. The American Psychiatric Association (APA) will publish DSM-5 in 2013, culminating a 14-year revision process.

APA is a national medical specialty society whose more than 37,000 physician members specialize in the diagnosis, treatment, prevention and research of mental illnesses, including substance use disorders. Visit the APA at www.psychiatry.org. For more information, please contact APA Communications at 703-907-8640 or press@psych.org.

© 2013 American Psychiatric Association



Order DSM-5 and DSM-5 Collection at www.appi.org